# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2011

142116

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TRAVIS QUAN OWENS,
      Defendant-Appellant.

SC: 142116
COA: 299818
Oakland CC: 2009-226516-FC

_____/

      On order of the Court, the application for leave to appeal the September 30, 2010 order of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Williams* (Docket No. 141161) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2011

_____
Clerk

p0316